# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JA'MARION STRANGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2760

_____

November 14, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Blair Allen, Public Defender, and Diana L. Johnson, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.